## RECONSIDERATION DOCKET

**98–1446.   Victoria Plaza Ltd. Liab. Co. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 96–B–641. Reported at 86 Ohio St.3d 181, 712 N.E.2d 751. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**99–637.   State v. Studer.**
Seneca App. No. 13–98–46. Reported at 86 Ohio St.3d 1442, 713 N.E.2d 1052. On motion for reconsideration. Motion denied.

**99–775.   Meeker v. Bituminous Cas. Corp.**
Hamilton App. No. C–970977. Reported at 86 Ohio St.3d 1436, 713 N.E.2d 1048. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

**99–781.   Kremnec v. Unemp. Comp. Bd of Review.**
Lucas App. No. L–98–1248. Reported at 86 Ohio St.3d 1436, 713 N.E.2d 1048. On motion for reconsideration. Motion denied.

**99–904.   Villas Condominium Unit Owners' Assn. v. Gammarino.**
Hamilton App. No. C–980626. Reported at 86 Ohio St.3d 1437, 713 N.E.2d 1049. On motion for reconsideration. Motion denied.

**99–970.   State ex rel. Davis v. Ghee.**
Franklin App. No. 98AP–617. Reported at 86 Ohio St.3d 1438, 713 N.E.2d 1049. On motion for reconsideration and on motion under App.R. 15 for procedural emergency relief. Motions denied.

**99–985.   Motil v. Med. Planning Serv., Inc.**
In Prohibition. Reported at 86 Ohio St.3d 1434, 713 N.E.2d 1047. On motion for reconsideration and/or for clarification. Motion denied.

**99–1231.   Howard v. Spore.**
In Prohibition. Reported at 86 Ohio St.3d 1435, 713 N.E.2d 1048. On motion for reconsideration and/or new trial. Motion denied.